**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-10721-FWS-AJR

Date: November 16, 2026


Title: Anthony Shelton Graves, a.k.a. King Anthony v. Hillsborough Cnty. Sheriff's Office, et al.

---

DOCKET ENTRY: **ORDER TO SHOW CAUSE RE SANCTIONS FOR ABUSE OF EMERGENCY FILING PROCESS**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Nicholas Huynh | None | None |
| --- | --- | --- |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| --- | --- |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

The Clerk's Office has notified the Court that it received approximately 44 emails this past weekend alone to the Emergency Filing email inbox from *pro se* Plaintiff Anthony Shelton Graves ("Plaintiff"). These emails were largely frivolous and discussed topics such as "King Anthony for President!," "The Great Presidential Pardon Paradox," Accountability Doesn't Negotiate with Power," and "The Illusion of Religious Authority and the Reckoning with Truth." The Court's Emergency Filing email inbox is reserved for only true emergencies. Plaintiff has abused the email inbox and is spamming Court staff with frivolous emails that they are reviewing at all hours and over the weekend because they are checking for true emergencies.

Plaintiff is advised that he can electronically file documents using the Electronic

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-10721-FWS-AJR Date: November 16, 2026


Title: Anthony Shelton Graves, a.k.a. King Anthony v. Hillsborough Cnty. Sheriff's Office, et al.

Document Submission System ("EDSS"). See https://apps.cacd.uscourts.gov/edss. Plaintiff should only submit true court filings or requests for relief and must refrain from frivolous submissions or the Court will impose sanctions, which may be monetary or could also include a recommendation that this action be dismissed.

**Based on Plaintiff's apparent abuse of the emergency filing process, Plaintiff is Ordered to Show Cause no later than November 30, 2026, why he should not be sanctioned for submitting frivolous emails to the Emergency Filing email inbox.** Plaintiff may satisfy this Order by filing a response, signed under penalty of perjury, stating any reason why he should not be sanctioned for abusing the emergency filing process. Plaintiff is warned that failure to timely respond to this Order may result in a recommendation that this action be dismissed with or without prejudice for failure to prosecute and obey Court orders. See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.