**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-10721-FWS-AJR

Date: November 18, 2026
Page 1 of 2

Title: Anthony Shelton Graves, a.k.a. King Anthony v. Hillsborough Cnty. Sheriff's Office, et al.

---

DOCKET ENTRY: **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A SECOND AMENDED COMPLAINT**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Nicholas Huynh | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

On October 14, 2026, the Court dismissed *pro se* Plaintiff Anthony Shelton Graves, also known as King Anthony's First Amended Complaint (the "FAC") with leave to amend and ordered Plaintiff to file a Second Amended Complaint (the "SAC") by **November 6, 2026**, if he wished to proceed with this action. (Dkt. 32.)

As of today, Plaintiff has neither filed a SAC nor requested an extension of time. Instead, Plaintiff has filed 13 motions and requests and submitted approximately 44 emails to the Court's emergency filing inbox over the past weekend alone. As the Court has repeatedly advised Plaintiff, this action cannot proceed absent an operative complaint, and

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-10721-FWS-AJR

Date: November 18, 2026


Title: Anthony Shelton Graves, a.k.a. King Anthony v. Hillsborough Cnty. Sheriff's Office, et al.

---

failure to file a SAC may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). (Dkts. 32, 38, 46, 50.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, no later than **December 2, 2026**, why this action should not be dismissed for failure to prosecute and comply with Court orders. Plaintiff may discharge this Order by timely filing a SAC that complies with the requirements set forth in the Court's October 14, 2026 dismissal order. (Dkt. 32.) **Failure to timely comply with this Order may result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b), without further notice.**

Alternatively, if Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

Attachments:

CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
Pro Se 15, Complaint for Violation of Civil Rights (Non-Prisoner).